# No. 25-20568

# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

Joe Anthony Alaniz,

*Plaintiff - Appellee*

v.

Mark Cannon, Deputy,

*Defendant - Appellant*

## On Appeal from

United States District Court for the Southern District of Texas

4:22-CV-1991

## APPELLEE JOE ALANIZ MOTION TO FILE BRIEF OUT OF TIME

SUBMITTED BY:

U.A. A. Lewis
Lewis Law Group, P.L.L.C.
P.O. Box 27353
Houston, TX 77227

1

**UNOPPOSED MOTION TO FILE REPLY BRIEF OUT OF TIME**

Joe Anthony Alaniz, Appellee in the action captioned above, moves the court for leave to file his opening Brief due on May 21, 2026, out of time pursuant to Fed. R. App. P. 26(b), 31(a)(1), (c).

The declaration of the U.A. Lewis establishes good cause for the requested extension in this cause because it shows that:

The contemporaneously filed Appellee Brief was due on May 21, 2026. There was no attorney appearance form on file, and the undersigned was not aware of the oversight until attempting to file the Appellee's brief.

This oversight, causing the need for the brief to be filed out of time, was not intentional. The attorney appearance form has been submitted.

The requested extension will cause no other party to suffer prejudice, hardship, or to be unduly inconvenienced. The appellant's counsel did not foresee the need for an additional extension, so one was not requested. The Opening Brief is filed simultaneously with the unopposed request for leave to file out of time.

SUBMITTED BY:
S/U.A. A. Lewis
Lewis Law Group, P.L.L.C.
P.O. Box 27353
Houston, TX 77227

2

## CERTIFICATE OF CONFERENCE

The undersigned conferred with Appellant's counsel on May 22nd and 25th, 2026, via email, and Appellee's counsel has indicated that Appellee is unopposed to the Motion.

*/s/ U.A. Lewis*

*U.A. Lewis*

I declare under penalty of perjury that the foregoing is true and correct. My failure to enter an appearance in this matter was purely an oversight, resulting from the management of numerous other cases. I only became aware of this omission when a notice error populated while I was attempting to file the Appellee's brief, indicating that no appearance was on file for this case.

*/s/ U.A. Lewis*

*U.A. Lewis*

## CERTIFICATE OF SERVICE

I certify that on May 29, 2026, the foregoing document was forwarded via ECF on the date of today's filing to each party or counsel of record.

S/U.A. A. Lewis

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of FED. R. APP. P. 32(a)(7)(B) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f) and 5th CIR. R. 32.1: This document contains 301 words.

2. This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5), and 5th CIR. R. 32.1 and the type-style requirements of FED. R. APP. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Google Docs in 14pt Garamond font.

S/U.A. A. Lewis