# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2026

No. 25-20568 Alaniz v. Cannon
USDC No. 4:22-CV-1991

Dear Counsel,

The above referenced case has been scheduled for oral argument on 10/07/2026. It will be held in New Orleans - West Courtroom at 9:00. The Oral Argument session number is 11.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than September 4, 2026.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at www.ca5.uscourts.gov/forms-fees/forms/attorney-forms. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at www.ca5.uscourts.gov/oral-argument-information/attorney-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Kim Pollard at 504-310-7635.

Sincerely,

LYLE W. CAYCE, Clerk

Kim M. Pollard

By:____________________
Kim M. Pollard, Calendar Clerk
504-310-7635

cc:
Mr. Francis J. Ford
Mr. Joshua Green
Mr. U.A. A. Lewis
Ms. Susannah Mitcham
Ms. Lisa Luz Parker